UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

IN RE:　　　　　　　　　　　　　　　)
Walker, Justin D.　　　　　　　　　　)
Walker, Sylvia B.　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　) Bankruptcy Case No.
　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　Debtors.　　　)

## VERIFICATION OF MASTER ADDRESS LIST

I (we) declare under penalty of perjury that the Master Address List submitted for filing in this case (please check and complete one):

☐ on computer diskette as "pure text" (not delimited) in a file named CREDITOR.SCN, listing a total of _____ creditors, **[required with conventionally filed petitions prepared by an attorney or bankruptcy petition preparer]**

*OR*

☐ typed in scannable format on paper, consisting of ___ pages and listing a total of _____ creditors, **[only acceptable with conventionally filed petitions not prepared by an attorney or bankruptcy petition preparer]**

*OR*

☑ electronically as "pure text" (not delimited) in a file with a .txt extension, listing a total of ___**15**___ creditors, **[required with electronically filed petitions]**

is a true, correct, and complete listing to the best of my (our) knowledge and belief.

I (we) acknowledge that the accuracy and completeness of the Master Address List is the shared responsibility of the debtor(s) and the debtor's(s') attorney or bankruptcy petition preparer, if any.

I (we) further acknowledge that the Court will rely on the Master Address List for all mailings, and that the various schedules and statements required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure will not be used for mailing purposes.

DATED: **April 29, 2013**

/s/ Justin D. Walker　　　　　　　　　　　　　　/s/ Sylvia B. Walker
　　Debtor's Signature　　　　　　　　　　　　　Joint Debtor's (if any) Signature

EDC 2-100 (Rev. 9/2004)

1

Allied International Credit Corp.
6800 Paragon Place, Ste. 400
Richmond, VA  23230

Bank Of America, N.a.
4161 Piedmont Pkwy
Greensboro, NC  27410

California Franchise Tax Board
P.O. Box 2952
Sacramento, CA  95812-2952

Cap One
Po Box 85520
Richmond, VA  23285

Cap One
26525 N Riverwoods Blvd
Mettawa, IL  60045

Charter One
PO Box 7000
Providence, RI  02940

Citizens Business Bank
C/O Matthew E. Voss
15910 Ventura Blvd. 12Fl
Encino, CA  91436

Fisher & Paykel Appliances
C/O David A. Clinton
100 Oceangate, Ste. 1400
Long Beach, CA  90802

Fnb Omaha U.b.
Po Box 3412
Omaha, NE  68103

Internal Revenue Service
Po Box 7348
Philadelphia, PA  19101-7348

Kohls/capone
Po Box 3115
Milwaukee, WI  53201

Lk Mich Fin
Po Box 120108
Grand Rapids, MI  49512

Mb Fin Svcs
36455 Corporate Dr
Farmington Hills, MI  48331

```
RBS Citizens, N.A.
C/O Lee M. Mendelson
20058 Ventura Blvd. #54
Woodland Hills, CA  91364

Sears/cbna
133200 Smith Rd
Cleveland, OH  44130
```