```
                          United States Bankruptcy Court
                           Eastern District of California


In re:                                                       Case No. 13-13039-A
Justin D. Walker                                             Chapter 7
Sylvia B. Walker
         Debtors
                               CERTIFICATE OF NOTICE
District/off: 0972-1          User: admin                  Page 1 of 2                  Date Rcvd: Aug 12, 2013
                              Form ID: L55                 Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 14, 2013.
db/jdb      +Justin D. Walker,   Sylvia B. Walker,   3209 Crail Ct.,   Bakersfield, CA 93311-2523
aty         +Frank P. Samples,   1400 Chester Ave #A,   Bakersfield, CA 93301-5449
20483394   ++ALLIED INTERNATIONAL CREDIT CORP US,   6800 PARAGON PLACE,   SUITE 400,   RICHMOND VA 23230-1654
             (address filed with court:  Allied International Credit Corp,   6800 Paragon Place Ste 400,
               Richmond VA 23230)
20483398    +Cap One,   26525 N Riverwoods Blvd,   Mettawa IL 60045-3438
20483399    +Charter One,   PO Box 7000,   Providence RI 02940-7000
20483400    +Citizens Business Bank,   C O Matthew E Voss,   15910 Ventura Blvd 12Fl,   Encino CA 91436-2802
20483401    +Fisher Paykel Appliances,   C O David A Clinton,   100 Oceangate Ste 1400,
              Long Beach CA 90802-4323
20483402    +Fnb Omaha U b,   Po Box 3412,   Omaha NE 68103-0412
20483405    +Lk Mich Fin,   Po Box 120108,   Grand Rapids MI 49528-0102
20483406    +Mb Fin Svcs,   36455 Corporate Dr,   Farmington Hills MI 48331-3552
20483407    +RBS Citizens N A,   C O Lee M Mendelson,   20058 Ventura Blvd 54,   Woodland Hills CA 91364-2637
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr          +EDI: BJMVETTER.COM Aug 13 2013 03:03:00     Jeffrey M. Vetter,   PO Box 2424,
              Bakersfield, CA 93303-2424
smg          EDI: EDD.COM Aug 13 2013 03:03:00     Employment Development Department,
              Bankruptcy Group, MIC 92E,   PO Box 826880,   Sacramento, CA 94280-0001
smg          EDI: CALTAX.COM Aug 13 2013 03:03:00     Franchise Tax Board,   PO Box 2952,
              Sacramento, CA 95812-2952
20483395     EDI: BANKAMER.COM Aug 13 2013 03:03:00     Bank Of America N a,   4161 Piedmont Pkwy,
              Greensboro NC 27410
20483397     EDI: CAPITALONE.COM Aug 13 2013 03:03:00     Cap One,   Po Box 85520,   Richmond VA 23285
20483396     EDI: CALTAX.COM Aug 13 2013 03:03:00     California Franchise Tax Board,   P O Box 2952,
              Sacramento CA 95812-2952
20483403     EDI: IRS.COM Aug 13 2013 03:03:00     Internal Revenue Service,   Po Box 7348,
              Philadelphia PA 19101-7348
20483404    +EDI: CBSKOHLS.COM Aug 13 2013 03:03:00     Kohls capone,   Po Box 3115,   Milwaukee WI 53201-3115
20483408     EDI: SEARS.COM Aug 13 2013 03:03:00     Sears cbna,   133200 Smith Rd,   Cleveland OH 44130
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 14, 2013**                    **Signature:**    *Joseph Speetjens*

```
District/off: 0972-1           User: admin                 Page 2 of 2              Date Rcvd: Aug 12, 2013
                               Form ID: L55                Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 12, 2013 at the address(es) listed below:
NONE.                                                                                                  TOTAL: 0

Filed 08/12/13                                    Case 13-13039                                    Doc 14

FORM L55 Discharge of Debtor  (v.1.0)          13–13039 – A – 7



UNITED STATES BANKRUPTCY COURT
Eastern District of California

Robert E. Coyle United States Courthouse
2500 Tulare Street, Suite 2501
Fresno, CA 93721–1318

(559) 499–5800
www.caeb.uscourts.gov
M–F 9:00 AM – 4:00 PM

**FILED**

**8/12/13**

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

auto

## DISCHARGE OF DEBTOR

**Case Number:**     13–13039 – A – 7

**Debtor Name(s), Social Security Number(s), and Address(es):**

Justin D. Walker
xxx–xx–4106

Sylvia B. Walker
xxx–xx–2565

3209 Crail Ct.
Bakersfield, CA 93311

3209 Crail Ct.
Bakersfield, CA 93311

**OTHER NAMES USED WITHIN 8 YEARS BEFORE FILING THE PETITION:**
Bakersfield Trailers LLC

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

Dated:
8/12/13

For the Court,
Wayne Blackwelder , Clerk

FORM L55
(Continued)

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person (or persons) named as the debtor (or debtors). It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a discharged debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. In a case involving community property, there are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case. A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.

**Debts that are Not Discharged**

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;
b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);
c. Debts that are domestic support obligations;
d. Debts for most student loans;
e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;
f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;
g. Some debts which were not properly listed by the debtor;
h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;
i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and
j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**