FORM L51 Final Decree (v.7.06)

13–13039 – A – 7



UNITED STATES BANKRUPTCY COURT
Eastern District of California

Robert E. Coyle United States Courthouse
2500 Tulare Street, Suite 2501
Fresno, CA 93721–1318

(559) 499–5800
www.caeb.uscourts.gov
M–F 9:00 AM – 4:00 PM

**FILED**

**8/16/13**

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

auto

# FINAL DECREE

**Case Number:** 13–13039 – A – 7

**Debtor Name(s), Social Security Number(s), and Address(es):**

Justin D. Walker
xxx–xx–4106

Sylvia B. Walker
xxx–xx–2565

3209 Crail Ct.
Bakersfield, CA 93311

3209 Crail Ct.
Bakersfield, CA 93311

**OTHER NAMES USED WITHIN 8 YEARS BEFORE FILING THE PETITION:**

Bakersfield Trailers LLC

**Trustee:**
Jeffrey M. Vetter
PO Box 2424
Bakersfield, CA 93303

**Telephone Number:** (661) 809–6806

**Office of the United States Trustee:**

For cases in the Sacramento Division and Modesto Division: 501 I Street, Room 7–500, Sacramento, CA 95814
For cases in the Fresno Division: 2500 Tulare Street, Suite 1401, Fresno, CA 93721

It appearing to the court that the Trustee in the above–entitled case has completed administration of this estate,

**IT IS ORDERED** that the estate is hereby closed, that the trustee is hereby discharged, and that the trustee's bond is hereby released from further liability, except any liability which may have accrued during the time such bond was in effect for the estate of this case.

Dated:
8/16/13

For the Court,
Wayne Blackwelder , Clerk